1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7
8

FREDDIE ADAMS, et al.,

Case No. 5:17-cv-00688-EJD

9

Plaintiffs,

**ORDER DENYING RELATION**

10

v.

11

BRG SPORTS, INC., et al.,

12

Defendants.

13
14

       The Court finds that the case <u>Quincy Baker, et al. v. BRG Sports, Inc., et al.</u>, Case No.

15

5:17-cv-04337-LHK, is not related to the above-captioned action.

16
17

       **IT IS SO ORDERED.**

18

Dated: November 7, 2017

19
20

EDWARD J. DAVILA
United States District Judge

21
22
23
24
25
26
27
28

Case No.: 5:17-cv-00688-EJD
ORDER DENYING RELATION

1